UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable John F. Robbenhaar**
United States Magistrate Judge

Clerk's Minutes

22cv638 MV/JFR

*Reyna and Jeffery Kaplan v. PHC-Las Cruces, Inc.*

Monday, December 19, 2022, at 10:30 a.m.

**Plaintiffs' Attorney Present:**  Eric Sirotkin

**Defendant's Attorney Present:**  Melissa L. Shingles
Robert Shawn Oller

**TYPE OF PROCEEDING:**  Status Conference
Total Time – 8 minutes

**COURT'S NOTES/RULINGS:**

- The Court held a status conference to check in on the status of discovery and determine if the parties are prepared to proceed with the settlement conference currently scheduled for Wednesday, February 8, 2023.

- Plaintiffs provided an update on discovery and reported that it is progressing.

- The parties agree that pushing the settlement conference back by approximately two weeks would be beneficial given the current progression of discovery.

- The Court will reset the settlement conference to Thursday, February 23, 2022, at 9:00 a.m.

- Plaintiffs' settlement letter to Defendant and the Court is now due on February 2, 2022. Defendant's settlement letter to Plaintiffs and the Court is now due on February 9, 2022. The parties' confidential position statements to the Court are now due on February 13, 2022.

- There being nothing further, the Court conluded the conference.